■ LOUISE STEVENSON, as Administratrix of the Estate of WILLIAM STEVENSON, Deceased, v. NEW YORK CITY TRANSIT AUTHORITY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record

on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.